

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00984-CV

TIFFANY THOMAS, Appellant

V.

T. JAYAKUMAR, FIRST STREET HOSPITAL, AND FIRST SURGICAL
PARTNERS, LLC, Appellees

Appeal from the 334th District Court of Harris County.  (Tr. Ct. No. 2014-22071).

**TO THE 334TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 11th day of February 2016, the case upon appeal to revise

or to reverse your judgment was determined.  This Court made its order in these words:

This case is an appeal from the final judgment signed
by the trial court on October 29, 2014.  After submitting the
case on the appellate record and the arguments properly raised
by the parties, the Court holds that the trial court's judgment
contains no reversible error.  Accordingly, the Court **affirms**
the trial court's judgment.

The Court **orders** that the appellant, Tiffany Thomas,
pay all appellate costs.

The Court **orders** that this decision be certified below
for observance.

Judgment rendered February 11, 2016.

Panel consists of Justices Keyes, Massengale, and Lloyd. Opinion delivered by Justice Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

April 22, 2016

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

